2:00-cr-129-1

| PROB 22 (Rev. ) | | DOCKET NUMBERS (Tran. Court) 02-00129-001 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER (Rec. Court) |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| Leland Robert Barley<br>237 Buelah Lane<br>Hampstead, NC 28443-8923 | WESTERN DISTRICT OF PENNSYLVANIA | PROBATION OFFICE |
| | NAME OF SENTENCING JUDGE | |
| | The Honorable Robert J. Cindrich | |
| | DATES OF PROBATION/SUPERVISED RELEASE | FROM 03/10/05 — TO 03/09/10 |

OFFENSE
Conspiracy to Commit Bank Robbery, 18 U.S.C. § 371 and Armed Bank Robbery, 18 U.S.C. § 2113(d)

**PART 1 - ORDER TRANSFERRING JURISDICTION**

   IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. § 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Eastern District of North Carolina upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court. * Since restitution was ordered jointly and severally, the financial obligation will be maintained by the U.S. District Clerk, Western District of Pennsylvania.

_10/12/07_   _[signature]_
Date              United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NORTH CAROLINA

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_11/6/2007_   _[signature]_
Effective Date      United States District Judge

2007 NOV 19 PM 3:50
CLERK U S DISTRICT COURT

RECEIVED
OCT 1 1 2007
CLERK, U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA