UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
WESTERN DISTRICT OF PENNSYLVANIA
P. O. BOX 1805
PITTSBURGH, PA  15230
WWW.PAWD.USCOURTS.GOV



ROBERT V. BARTH, JR.
CLERK OF COURT
412-208-7500

IN REPLYING, GIVE NUMBER
OF CASE AND NAMES OF PARTIES

DATE: November 27, 2007

Clerk's Office
U.S. District Court
Eastern District of North Carolina
Terry Sanford Federal Building and Courthouse
310 New Bern Avenue
Raleigh NC 27601



Re: USA v. Leland Robert Barley

Criminal Action No. 2:00-cr-129

Dear Sir or Madam:

The following certified copies of documents in the above entitled action are being forwarded to your office pursuant to an executed Probation Form No. 22, authorizing transfer of jurisdiction of this probationer to your District.

1. Transfer of Jurisdiction
2. Indictment
3. Amended Judgment
4. Docket Sheet

Please acknowledge receipt of these documents on the enclosed copy of this letter and return it to this office.

Very truly yours,

ROBERT V. BARTH, JR.
CLERK OF COURT

By: James S. Perch
James S. Perch
Deputy Clerk

Enclosures

2:00-cr-129-1

PROB 22
(Rev. 2/88)

**TRANSFER OF JURISDICTION**

DOCKET NUMBER (Tran. Court)
02-00129-001

DOCKET NUMBER (Rec. Court)
7:07cr134-D

NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE:

Leland Robert Barley
237 Buelah Lane
Hampstead, NC 28443-8923

DISTRICT
WESTERN DISTRICT OF PENNSYLVANIA

DIVISION
PROBATION OFFICE

NAME OF SENTENCING JUDGE
The Honorable Robert J. Cindrich

DATES OF PROBATION/SUPERVISED RELEASE

| FROM | TO |
| 03/10/05 | 03/09/10 |

OFFENSE
Conspiracy to Commit Bank Robbery, 18 U.S.C. § 371 and Armed Bank Robbery, 18 U.S.C. § 2113(d)

PART 1 - ORDER TRANSFERRING JURISDICTION

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. § 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Eastern District of North Carolina upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court. * Since restitution was ordered jointly and severally, the financial obligation will be maintained by the U.S. District Clerk, Western District of Pennsylvania.

10/12/07
Date

_Loretta G. Ambrose_
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NORTH CAROLINA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

11/6/2007
Effective Date

_James C. Dever_
United States District Judge

2007 NOV 19 PM 3:50
US DISTRICT COURT

RECEIVED

OCT 1 1 2007

CLERK, U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

CERTIFIED FROM THE RECORD
Date 11/27/07
ROBERT V. BARTH, JR., CLERK
By _____
Deputy Clerk